FILED

MAR - 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**VRW**

IN THE MATTER OF

Louis George Fazzi - #84362

_____/

# CV 1 0 80 0 55MISC

## ORDER TO SHOW CAUSE

It appearing that Louis George Fazzi has been suspended for one year with three years

probation with conditions by the Supreme Court of California effective December 17, 2009,

## IT IS ORDERED

That respondent show cause in writing on or before April 16, 2010 as to why he should not

be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Louis George Fazzi
Attorney At Law
222 N Mountain Ave Ste 108
Upland, CA 91786

United States District Court
For the Northern District of California