FILED

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80055 MISC VRW

Louis George Fazzi,

    State Bar No 84362                ORDER

_____/

    On March 1, 2010, the court issued an order to show cause (OSC) why Louis George Fazzi should not be removed from the roll of attorneys authorized to practice law before this court, based upon his one year suspension by the Supreme Court of California, effective December 17, 2009.

    The OSC was mailed to Mr Fazzi's address of record with the State Bar on March 5, 2010. A written response was due on or before April 16, 2010. No response to the OSC has been filed as of this date.

    The court now orders Louis George Fazzi removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Louis George Fazzi,

_____/

Case Number: C 10-80055 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis George Fazzi
222 N Mountain Ave Ste 108
Upland, CA 91786

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*