**FILED**

JAN 24 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10-80055 MISC VRW

                                      ORDER
Louis George Fazzi,

    State Bar No 84362
_____/

    On May 17, 2010, this court issued an order to remove Louis George Fazzi from the roll of attorneys authorized to practice law before this court, based on his suspension by the State Bar of California, effective December 17, 2009.

    On January 18, 2011, Mr Fazzi provided proof of reinstatement by the State Bar effective December 21, 2010.

    The court now orders Louis George Fazzi placed back on the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of

Louis George Fazzi,

_____/

Case Number: CV10-80055 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis George Fazzi
222 N Mountain Avenue
Suite 108
Upland, CA 91786

Dated: January 24, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*